**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 10-7398**

———————

BILLY G. ASEMANI,

        Plaintiff – Appellant,

     v.

THE GOVERNMENT OF ISLAMIC REPUBLIC OF IRAN; THE SUPREME
LEADER OF THE ISLAMIC REVOLUTION KHAMENEI; THE ISLAMIC
REVOLUTIONARY COURT; THE MINISTRY OF INTELLIGENCE AND
SECURITY; THE COUNCIL OF GUARDIANS; THE MINISTRY OF ISLAMIC
CULTURE AND GUIDANCE; THE ISLAMIC REVOLUTIONARY GUARDS
CORPS; ALI FALLAHIAN-KHUZESTANI, Head of the Revolutionary
Guard Corps; HOGGATOL-ISLAM NAYERRI, Chief Judge of the
Islamic Revolutionary Court,

        Defendants – Appellees.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Claude M. Hilton, Senior
District Judge.  (1:07-cv-00693-CMH-BRP)

———————

Submitted: March 17, 2011        Decided:  April 1, 2011

———————

Before MOTZ and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Billy G. Asemani, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Billy G. Asemani appeals the district court's order denying his motion for clarification and for appointment of counsel. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Asemani v. The Gov't of Islamic Rep. of Iran</u>, No. 1:07-cv-00693-CMH-BRP (E.D. Va. Sept. 13, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>